

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-22-00088-CR

JAMES MICHAEL JONES, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 8th District Court
Franklin County, Texas
Trial Court No. F9727

Before Morriss, C.J., Stevens and van Cleef, JJ.

ORDER

Appellant James Michael Jones appeals from his conviction of aggravated assault with a deadly weapon. On September 1, 2022, Jones's court-appointed appellate counsel filed an *Anders*[1] brief, and on September 26, 2022, Jones filed a pro se motion for access to the appellate record for purposes of preparing a response to his counsel's *Anders* brief. Jones's motion for access to the appellate record is granted. Under *Kelly v. State*,[2] we are required to enter an order specifying the procedure to be followed to ensure Jones's access to the record.

On September 27, 2022, this Court mailed a complete paper copy of the appellate record to Jones. Allowing ten days from the date of this order for the record to be delivered to Jones and giving him thirty days to prepare his pro se response, we hereby set November 14, 2022, as the deadline for Jones to file his pro se response to his counsel's *Anders* brief.

IT IS SO ORDERED.

BY THE COURT

DATE:          September 27, 2022

---

[1]*See Anders v. California*, 386 U.S. 738 (1967).

[2]*Kelly v. State*, 436 S.W.3d 313, 321–22 (Tex. Crim. App. 2014).